No. 595. COOPERATIVE TRANSIT CO. *v.* HYPHA DAYOUB. February 28, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.

*Mr. Gordon D. Kinder* for petitioner.